Roger D. Drake (SBN 237834)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE W., | ) |
| | ) CASE NO.: 2:23-cv-08907-PVC |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER AWARDING EAJA |
| | ) FEES AND COSTS |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($4,800.00) and no costs subject to the terms of the stipulation.

DATED: 10/24/24

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE